IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHELDON ANFERNEE MYKAL FISHER,<br><br>Defendant. | CR 23–01–M–DLC<br><br><br>ORDER |

      Before the Court is Defendant Sheldon Anfernee Mykal Fisher's Unopposed Motion for Witness to Appear Via Electronic Means. (Doc. 29.) The motion requests permission to allow defense witness Tamira Antone to appear via electronic means at the hearing on Defendant's motion to suppress. (*Id.* at 1–2.) The United States does not oppose the motion. (*Id.* at 2.) The brief in support of the motion explains that Ms. Antone is a material witness concerning Mr. Fisher's standing for his motion to suppress, and she currently resides in Arizona to assist in the search for her missing child. (Doc. 30 at 2.)

      Accordingly, IT IS ORDERED that the motion (Doc. 29) is GRANTED. Ms. Antone may testify via Zoom at the hearing. The Clerk of Court will notify counsel via e-mail of the meeting ID and password. Zoom Guidance and Setup are

available at https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 9th day of May, 2023.

_____
Dana L. Christensen, District Judge
United States District Court