IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHELDON ANFERNEE MYKAL FISHER,<br><br>Defendant. | CR 23–01–M–DLC<br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion to Dismiss Indictment. (Doc. 40.) The motion requests an order dismissing the indictment in this case without prejudice and releasing Defendant Sheldon Anfernee Mykal Fisher from custody. (*Id.* at 1.) Defense counsel does not oppose. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 40) is GRANTED. The indictment in this case is DISMISSED without prejudice. The U.S. Marshals Service shall release Mr. Fisher from custody.

DATED this 27th day of June, 2023.

_____
Dana L. Christensen, District Judge
United States District Court